# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| EVA DIANNE CALDER,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br>Administration,<br><br>　　　　　　　　　Defendants. | No. CV 20-56-H-SEH<br><br>**ORDER** |

Plaintiff Eva Dianne Calder filed Plaintiff's Motion for Summary Judgment.[1] The motion does not comply with United States District Court for the District of Montana Local Rules of Procedure.

ORDERED:

Plaintiff's Motion for Summary Judgment[2] is DENIED without prejudice

---

[1] Doc. 10.

[2] Doc. 10.

-1-

for failure to comply with local rules. Plaintiff may resubmit the motion in proper form.

DATED this 13th day of January, 2021.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge