UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| EVA DIANNE CALDER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | Case No. CV-20-056-H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED Judgment is entered in favor of Plaintiff and against the Defendant.

　　　Dated this 8th day of April 2021.

　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　By: /s/ Heidi Gauthier
　　　　　　　　　　　　Deputy Clerk