# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| EVA DIANNE CALDER,<br><br>                       Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br>Administration,<br><br>                       Defendants. | No. CV 20-56-H-SEH<br><br>**ORDER** |

On July 1, 2021, Plaintiff filed Plaintiff's Unopposed Motion for Award of Attorney Fees and Costs Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) and 28 U.S.C. §1920[1] seeking $5,350.00 in attorney fees and $400.00 in costs.

ORDERED:

Plaintiff's Unopposed Motion for Award of Attorney Fees and Costs

---

[1] Doc. 23.

Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) and 28 U.S.C. §1920[2] is GRANTED.

DATED this 1st day of July, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 23.